AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| M.K. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-1935 |
| Joyce et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

M.K.                                                                                                .

Date:   03/09/2025                                    /s/ Kyle Barron
                                                          *Attorney's signature*

                                                  Kyle Barron, 5768049
                                                *Printed name and bar number*
                                                  Brooklyn, NY 11225


                                                          *Address*

                                                  kbarron138@gmail.com
                                                        *E-mail address*

                                                     (646) 574-2761
                                                      *Telephone number*


                                                        *FAX number*