# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25−cv−01935−JMF

Khalil v. Joyce et al.  
Assigned to: Judge Jesse M. Furman  
Cause: 28:2241fd Petition for Writ of Habeas Corpus (Federal)

Date Filed: 03/09/2025  
Date Terminated: 03/19/2025  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Mahmoud Khalil**  represented by  **Kyle Barron**  
The Legal Aid Society  
199 Water Street  
New York, NY 10038  
646−574−2761  
Email: kebarron@legal−aid.org  
*TERMINATED: 03/13/2025*  
*LEAD ATTORNEY*

**Ramzi Kassem**  
Main Street Legal Services, Inc.  
2 Court Square West  
Ste 5th Floor  
Long Island City, NY 11101  
718−340−4558  
Fax: 718−340−4478  
Email: ramzi.kassem@law.cuny.edu  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Alina Das**  
Washington Square Legal Services, Inc.  
245 Sullivan Street  
New York, NY 10012  
(212) 998−6430 x6467  
Fax: (212) 995−4031  
Email: alina.das@nyu.edu  
*ATTORNEY TO BE NOTICED*

**Amy Belsher**  
American Civil Liberties Union Foundation  
125 Broad Street  
New York, NY 10004  
212−607−3300  
Email: abelsher@nyclu.org  
*ATTORNEY TO BE NOTICED*

**Baher Azmy**  
Seton Hall Law School Center For Social Justice  
833 Mccarter Highway  
Newark, NJ 07102

(973)–642–8700
Fax: (973)–642–8295
Email: bazmy@ccrjustice.org
*ATTORNEY TO BE NOTICED*

**Brett Max Kaufman**
American Civil Liberties Union
125 Broad Street
New York, NY 10004
(212)–549–2603
Fax: (212)–549–2654
Email: bkaufman@aclu.org
*ATTORNEY TO BE NOTICED*

**Brian Matthew Hauss**
American Civil Liberties Union (NYC)
125 Broad Street, 18th Floor
New York, NY 10004
212–549–2604
Email: bhauss@aclu.org
*ATTORNEY TO BE NOTICED*

**Diala Shamas**
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
212–614–6426
Email: dshamas@ccrjustice.org
*ATTORNEY TO BE NOTICED*

**Esha Bhandari**
American Civil Liberties Union Foundation
125 Broad Street
Ste FL 18
New York, NY 10004
212–549–2500
Email: ebhandari@aclu.org
*ATTORNEY TO BE NOTICED*

**Joshua Lewis Dratel**
Dratel & Lewis
29 Broadway
Suite 1412
New York, NY 10006
212–732–0707
Email: jdratel@dratellewis.com
*ATTORNEY TO BE NOTICED*

**Lindsay Anne Lewis**
Dratel & Lewis
Attorney
29 Broadway
Suite 1412
New York, NY 10006
212–732–0707

Email: llewis@dratellewis.com
*ATTORNEY TO BE NOTICED*

**Molly Knopp Biklen**
New York Civil Liberties Union
125 Broad St.
New York, NY 10004
212−607−3380
Email: mbiklen@nyclu.org
*ATTORNEY TO BE NOTICED*

**Mudassar Hayat Toppa**
Main Street Legal Services Inc.
CUNY School of Law
2 Court Square
Ste 5th Floor
Long Island City, NY 11101
718−340−4021
Email: mudassar.toppa@law.cuny.edu
*ATTORNEY TO BE NOTICED*

**Noor Zafar**
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
469−301−5991
Email: nzafar@aclu.org
*ATTORNEY TO BE NOTICED*

**Omar C. Jadwat**
American Civil Liberties Union
New York
125 Broad St., 18th Floor
New York, NY 10004
212−549−2620
Fax: 212−549−2654
Email: ojadwat@aclu.org
*ATTORNEY TO BE NOTICED*

**Robert Andrew Hodgson**
New York Civil Liberties Union
125 Broad St. 19th Floor
New York, NY 10004
(212)−607−3317
Email: rhodgson@nyclu.org
*ATTORNEY TO BE NOTICED*

**Samah Mcgona Sisay**
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
212−614−6484
Email: ssisay@ccrjustice.org
*ATTORNEY TO BE NOTICED*

**Shezza Abboushi Dallal**
Main Street Legal Services Inc.
CUNY School of Law
2 Court Square
Long Island city
New York, NY 11101
718−970−1875
Email: shezza.dallal@law.cuny.edu
*ATTORNEY TO BE NOTICED*

**Sidra Mahfooz**
American Civil Liberties Union Foundation
125 Broad street
New York, NY 10004
631−741−3383
Email: smahfooz@aclu.org
*ATTORNEY TO BE NOTICED*

**Tyler Takemoto**
American Civil Liberties Union Foundation
442 W 57th Street
New York, NY 10019
310−658−7469
Email: ttakemoto@aclu.org
*ATTORNEY TO BE NOTICED*

**Vera Eidelman**
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
212−519−2556
Email: veidelman@aclu.org
*ATTORNEY TO BE NOTICED*

**Veronica Salama**
New York Civil Liberties Union
125 Broad St.
19th Floor
New York, NY 10004
212−607−3300
Email: vsalama@nyclu.org
*ATTORNEY TO BE NOTICED*

**Amy E Greer**
Dratel & Lewis
29 Broadway
Ste 1412
New York, NY 10006
212−732−0707
Email: agreer@dratellewis.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

| | | |
|---|---|---|
| **William P. Joyce**<br>*in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement* | represented by | **Brandon Matthew Waterman**<br>DOJ−USAO<br>86 Chambers Street<br>New York, NY 10007<br>212−637−2743<br>Fax: 212−637−2786<br>Email: brandon.waterman@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey Stuart Oestericher**<br>U.S. Attorney's Office, SDNY (86 Chambers St.)<br>86 Chambers Street<br>New York, NY 10007<br>212−637−2200<br>Fax: 212−637−2730<br>Email: Jeffrey.Oestericher@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **Caleb Vitello**<br>*Acting Director, U.S. Immigration and Customs Enforcement* | represented by | **Brandon Matthew Waterman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey Stuart Oestericher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **Kristi Noem**<br>*in her official capacity as Secretary of the United States Department of Homeland Security* | represented by | **Brandon Matthew Waterman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey Stuart Oestericher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **Pamela Bondi**<br>*Attorney General, U.S. Department of Justice,* | represented by | **Brandon Matthew Waterman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey Stuart Oestericher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **Donald J. Trump** | represented by | **Brandon Matthew Waterman**<br>DOJ−USAO<br>United States Attorney's Office, SDNY<br>86 Chambers Street |

New York, NY 10007<br>
212−637−2743<br>
Fax: 212−637−2786<br>
Email: brandon.waterman@usdoj.gov<br>
*ATTORNEY TO BE NOTICED*

**Respondent**

**Marco Rubio**     represented by     **Brandon Matthew Waterman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Shurat HaDin – Israel Law Center**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2025 | Ï 1 | NOTICE OF APPEARANCE by Kyle Barron on behalf of M.K...(Barron, Kyle) (Entered: 03/09/2025) |
| 03/09/2025 | Ï 2 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. (Filing Fee $ 5.00, Receipt Number ANYSDC−30735794)Document filed by M.K...(Greer, Amy) (Entered: 03/09/2025) |
| 03/09/2025 | Ï 3 | CIVIL COVER SHEET filed..(Greer, Amy) (Entered: 03/09/2025) |
| 03/10/2025 | Ï 4 | NOTICE OF APPEARANCE by Baher Azmy on behalf of M.K...(Azmy, Baher) (Entered: 03/10/2025) |
| 03/10/2025 | Ï 5 | NOTICE OF APPEARANCE by Samah Mcgona Sisay on behalf of M.K...(Sisay, Samah) (Entered: 03/10/2025) |
| 03/10/2025 | Ï 6 | NOTICE OF APPEARANCE by Diala Shamas on behalf of M.K...(Shamas, Diala) (Entered: 03/10/2025) |
| 03/10/2025 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Kyle Barron. The party information for the following party/parties has been modified: all defendants. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (gp)** (Entered: 03/10/2025) |
| 03/10/2025 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Jesse M. Furman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(gp) (Entered: 03/10/2025) |
| 03/10/2025 | Ï | Magistrate Judge Sarah Netburn is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (gp) (Entered: 03/10/2025) |
| 03/10/2025 | Ï | Case Designated ECF. (gp) (Entered: 03/10/2025) |
| 03/10/2025 | Ï 7 | |

| | | |
|---|---|---|
| | | NOTICE OF APPEARANCE OF PRO BONO COUNSEL by Ramzi Kassem on behalf of M.K..(Kassem, Ramzi) (Entered: 03/10/2025) |
| 03/10/2025 | 8 | NOTICE OF APPEARANCE OF PRO BONO COUNSEL by Shezza Abboushi Dallal on behalf of M.K..(Abboushi Dallal, Shezza) (Entered: 03/10/2025) |
| 03/10/2025 | 9 | NOTICE OF CONFERENCE, It is hereby ORDERED that counsel for all parties appear for a conference with the Court on March 12, 2025 at 11:30 a.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Counsel must confer in advance of the conference and submit a joint letter, no later than March 11, 2025, at 5:00 p.m., indicating whether the conference is necessary and addressing how the Court should handle the present Petition. If counsel do not believe a conference is required, and that briefing is appropriate, counsel should propose a briefing schedule (expedited or otherwise) in the joint letter. No later than today, March 10, 2025, Petitioner's counsel is directed (1) to serve Respondents with a copy of the petition and accompanying papers, along with a copy of this Order, by e−mail to the United States Attorney's Office for the Southern District of New York and by overnight mail, and (2) to promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter notices of appearance. SO ORDERED. ( Status Conference set for 3/12/2025 at 11:30 AM in Courtroom 1105, 40 Centre Street, New York, NY 10007 before Judge Jesse M. Furman.) (Signed by Judge Jesse M. Furman on 3/10/25) (yv) (Entered: 03/10/2025) |
| 03/10/2025 | 10 | NOTICE OF APPEARANCE by Jeffrey Stuart Oestericher on behalf of William P. Joyce, Caleb Vitello, Kristi Noem, Pamela Bondi..(Oestericher, Jeffrey) (Entered: 03/10/2025) |
| 03/10/2025 | 11 | MOTION to Compel Respondents to Return Petitioner to this District . Document filed by M.K.. (Attachments: # 1 Exhibit Declaration of Amy Greer, Esq.).(Kassem, Ramzi) (Entered: 03/10/2025) |
| 03/10/2025 | 12 | NOTICE OF APPEARANCE by Brandon Matthew Waterman on behalf of William P. Joyce, Caleb Vitello, Kristi Noem, Pamela Bondi..(Waterman, Brandon) (Entered: 03/10/2025) |
| 03/10/2025 | 13 | CERTIFICATE OF SERVICE of Summons and Petition for Writ of Habeas Corpus. Pamela Bondi served on 3/10/2025, answer due 3/31/2025; William P. Joyce served on 3/10/2025, answer due 3/31/2025; Kristi Noem served on 3/10/2025, answer due 3/31/2025; Caleb Vitello served on 3/10/2025, answer due 3/31/2025. Service was made by Email. Document filed by M.K...(Azmy, Baher) (Entered: 03/10/2025) |
| 03/11/2025 | | NOTICE: The conference scheduled for March 12, 2025, at 11:30 a.m. will be held in **Courtroom 110** (NOT Judge Furman's usual courtroom.) −− Alexandra Smallman, Courtroom Deputy to the Hon. Jesse M. Furman. (Entered: 03/11/2025) |
| 03/11/2025 | 14 | AFFIDAVIT OF SERVICE of petition and accompanying papers served on United States Attorney's Office for the Southern District of New York on 3/11/2025. Service was accepted by Gary Dowling. Document filed by M.K.. (Attachments: # 1 Exhibit Stamped copy of cover lever).(Sisay, Samah) (Entered: 03/11/2025) |
| 03/11/2025 | 15 | NOTICE OF APPEARANCE by Robert Andrew Hodgson on behalf of M.K...(Hodgson, Robert) (Entered: 03/11/2025) |
| 03/11/2025 | 16 | NOTICE OF APPEARANCE by Molly Knopp Biklen on behalf of M.K...(Biklen, Molly) (Entered: 03/11/2025) |
| 03/11/2025 | 17 | NOTICE OF APPEARANCE by Amy Belsher on behalf of M.K...(Belsher, Amy) (Entered: 03/11/2025) |
| 03/11/2025 | 18 | NOTICE OF APPEARANCE by Veronica Salama on behalf of M.K...(Salama, Veronica) (Entered: 03/11/2025) |
| 03/11/2025 | 19 | |

| | | |
|---|---|---|
| | | NOTICE OF APPEARANCE by Esha Bhandari on behalf of M.K...(Bhandari, Esha) (Entered: 03/11/2025) |
| 03/11/2025 | 20 | NOTICE OF APPEARANCE by Vera Eidelman on behalf of M.K...(Eidelman, Vera) (Entered: 03/11/2025) |
| 03/11/2025 | 21 | NOTICE OF APPEARANCE by Brett Max Kaufman on behalf of M.K...(Kaufman, Brett) (Entered: 03/11/2025) |
| 03/11/2025 | 22 | NOTICE OF APPEARANCE by Noor Zafar on behalf of M.K...(Zafar, Noor) (Entered: 03/11/2025) |
| 03/11/2025 | 23 | NOTICE OF APPEARANCE by Omar C. Jadwat on behalf of M.K...(Jadwat, Omar) (Entered: 03/11/2025) |
| 03/11/2025 | 24 | LETTER addressed to Judge Jesse M. Furman from Baher Azmy dated 3/11/25 re: Joint Letter. Document filed by M.K., William P. Joyce, Caleb Vitello, Kristi Noem, Pamela Bondi..(Azmy, Baher) (Entered: 03/11/2025) |
| 03/11/2025 | 25 | NOTICE OF APPEARANCE by Brian Matthew Hauss on behalf of M.K...(Hauss, Brian) (Entered: 03/11/2025) |
| 03/12/2025 | 26 | NOTICE OF APPEARANCE by Joshua Lewis Dratel on behalf of M.K...(Dratel, Joshua) (Entered: 03/12/2025) |
| 03/12/2025 | 27 | NOTICE OF APPEARANCE by Lindsay Anne Lewis on behalf of M.K...(Lewis, Lindsay) (Entered: 03/12/2025) |
| 03/12/2025 | 28 | LETTER addressed to Judge Jesse M. Furman from Robert J. Tolchin, Esq. dated 3−12−25 re: seeking review of public access restrictions for documents filed in this proceeding. Document filed by Shurat HaDin – Israel Law Center..(Tolchin, Robert) (Entered: 03/12/2025) |
| 03/12/2025 | 29 | ORDER As stated on the record during the conference held earlier today: With the consent of both parties, the Court orders that the limitations on remote access to electronic files otherwise applicable in this case, see Fed. R. Civ. P. 5.2(c), are lifted. Accordingly, the Clerk of Court is directed to lift all viewing restrictions on the docket – i.e., to make all prior filings electronically available to the public – and to update the docket to conform with the caption of this Order. All future filings shall be publicly available unless the Court grants leave to file something under seal or in redacted form. Any application to file a document in such a manner shall be made in accordance with the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon−jesse−m−furman. The Government shall file its Motion to Transfer or Dismiss for Improper Venue by 11:59 p.m. tonight. Briefing on that motion and Petitioner's Motion to Compel Respondents to Return Petitioner to this District, see ECF No. 11, shall then proceed as follows: The parties shall file their oppositions by March 14, 2025, at 11:59 p.m.; and the parties shall file their replies by March 17, 2025, at 5:00 p.m. Petitioner shall file an Amended Petition no later than March 13, 2025, at 9:00 p.m. After the Amended Petition is filed, the parties shall confer and then file a joint letter, no later than March 14, 2025, at 12:00 p.m., proposing next steps, including an expedited schedule for any additional motion practice. With the consent of the Government, Petitioner shall be granted at least one privileged attorney−client call (of at least one hour) today and at least one such call (also of at least one hour) tomorrow. The Government raised no objection to the temporary relief that the Court granted in its Notice of Conference entered on March 10, 2025. See ECF No. 9, at 1 ("To preserve the Courts jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise." (citing cases)). Accordingly, that order remains in effect. SO ORDERED. (Amended Pleadings due by 3/13/2025., Motions due by 3/12/2025., Replies due by 3/17/2025., Responses due by 3/14/2025) (Signed by Judge Jesse M. Furman on 3/12/2025) (jca) (Entered: 03/12/2025) |

| | | |
|---|---|---|
| 03/12/2025 | ï | Minute Entry for proceedings held before Judge Jesse M. Furman: Conference held on 3/12/2025. Court reporter present. (ab) (Entered: 03/12/2025) |
| 03/12/2025 | 30 | MOTION to Dismiss *or Transfer*. Document filed by William P. Joyce, Caleb Vitello, Kristi Noem, Pamela Bondi..(Waterman, Brandon) (Entered: 03/12/2025) |
| 03/12/2025 | 31 | MEMORANDUM OF LAW in Support re: 30 MOTION to Dismiss *or Transfer*. . Document filed by William P. Joyce, Caleb Vitello, Kristi Noem, Pamela Bondi. (Attachments: # 1 Exhibit Transcript from Suraiya v. Cioppa).(Waterman, Brandon) (Entered: 03/12/2025) |
| 03/12/2025 | 32 | DECLARATION of Acting Field Office Director William P. Joyce in Support re: 30 MOTION to Dismiss *or Transfer*.. Document filed by William P. Joyce, Caleb Vitello, Kristi Noem, Pamela Bondi..(Waterman, Brandon) (Entered: 03/12/2025) |
| 03/13/2025 | 33 | MOTION for Kyle Barron to Withdraw as Attorney . Document filed by Mahmoud Khalil. (Attachments: # 1 Proposed Order Granting Motion to Withdraw as Counsel).(Barron, Kyle) (Entered: 03/13/2025) |
| 03/13/2025 | 34 | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PETITIONER granting 33 MOTION for Kyle Barron to Withdraw as Attorney. IT IS HEREBY ORDERED that Kyle Barron is withdrawn as counsel for Petitioner and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification in the above−captioned proceeding. The Clerk of Court is directed to terminate ECF No. 33. SO ORDERED. Attorney Kyle Barron terminated (Signed by Judge Jesse M. Furman on 3/13/2025) (jca) (Entered: 03/13/2025) |
| 03/13/2025 | 35 | ORDER By Order entered yesterday, the Court directed the Clerk of Court to lift the restrictions otherwise applicable under Rule 5.2(c) of the Federal Rules of Civil Procedure. See ECF No. 29. The Court has been advised by the Clerk of Court that the only (or easiest) way to accomplish that for filings going forward is to change the nature of suit code. Accordingly, the Clerk of Court is directed to change the nature of suit code to No. 530, "Habeas Corpus," thereby lifting the limitations on remote electronic access to the docket imposed by Rule 5.2(c). SO ORDERED. (Signed by Judge Jesse M. Furman on 3/13/2025) (jca) (Entered: 03/13/2025) |
| 03/13/2025 | 36 | DECLARATION of Acting Field Office Director William P. Joyce (SUPPLEMENTAL) in Support re: 30 MOTION to Dismiss *or Transfer*.. Document filed by William P. Joyce, Caleb Vitello, Kristi Noem, Pamela Bondi..(Waterman, Brandon) (Entered: 03/13/2025) |
| 03/13/2025 | 37 | LETTER addressed to Judge Jesse M. Furman from Brandon M. Waterman dated March 13, 2025 re: Supplemental Declaration of William P. Joyce. Document filed by William P. Joyce, Caleb Vitello, Kristi Noem, Pamela Bondi..(Waterman, Brandon) (Entered: 03/13/2025) |
| 03/13/2025 | 38 | FIRST AMENDED COMPLAINT against Pamela Bondi, William P. Joyce, Kristi Noem, Shurat HaDin – Israel Law Center, Caleb Vitello, Donald J. Trump, Marco Rubio.Document filed by Mahmoud Khalil..(Belsher, Amy) (Entered: 03/13/2025) |
| 03/13/2025 | 39 | LETTER addressed to Judge Jesse M. Furman from Robert Hodgson dated March 13, 2025 re: Redline pursuant to Individual Rule 1B. Document filed by Mahmoud Khalil. (Attachments: # 1 Exhibit Redline (Amended and Original Petitions) pursuant to Individual Rule 1B).(Hodgson, Robert) (Entered: 03/13/2025) |
| 03/14/2025 | 40 | JOINT LETTER addressed to Judge Jesse M. Furman from AUSA Jeffrey Oestericher dated 03/14/2025 re: Parties' competing proposed briefing schedules. Document filed by Donald J. Trump, Marco Rubio, William P. Joyce, Caleb Vitello, Kristi Noem, Pamela Bondi..(Oestericher, Jeffrey) (Entered: 03/14/2025) |
| 03/14/2025 | 41 | REQUEST FOR ISSUANCE OF SUMMONS as to Donald J. Trump, re: 38 Amended Complaint. Document filed by Mahmoud Khalil..(Biklen, Molly) (Entered: 03/14/2025) |

| | | |
|---|---|---|
| 03/14/2025 | 42 | REQUEST FOR ISSUANCE OF SUMMONS as to Marco Rubio, re: 38 Amended Complaint. Document filed by Mahmoud Khalil..(Biklen, Molly) (Entered: 03/14/2025) |
| 03/14/2025 | 43 | MEMO ENDORSEMENT on 40 Letter re Parties' competing proposed briefing schedules: The Court hereby adopts Petitioner's proposed briefing schedule for the motion for a preliminary injunction. Petitioner shall file his motion for bail by tonight at 11:59 p.m. Respondents shall file any opposition to that motion by 11:59 p.m. one business day after the Court rules on Respondents' Motion to Dismiss or Transfer or by 11:59 p.m. on Wednesday, March 19, 2025, whichever is sooner. Petitioner shall file any reply by 11:59 p.m. one business day after Respondents file their opposition. SO ORDERED. (Signed by Judge Jesse M. Furman on 3/14/2025) (ab) (Entered: 03/14/2025) |
| 03/14/2025 | 44 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/12/2025 before Judge Jesse M. Furman. Court Reporter/Transcriber: Amy Walker, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/4/2025. Redacted Transcript Deadline set for 4/14/2025. Release of Transcript Restriction set for 6/12/2025..(McGuirk, Kelly) (Entered: 03/14/2025) |
| 03/14/2025 | 45 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 3/12/2025 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 03/14/2025) |
| 03/14/2025 | 46 | NOTICE OF APPEARANCE OF PRO BONO COUNSEL by Alina Das on behalf of Mahmoud Khalil.(Das, Alina) (Entered: 03/14/2025) |
| 03/14/2025 | 47 | MEMORANDUM OF LAW in Opposition re: 11 MOTION to Compel Respondents to Return Petitioner to this District . . Document filed by William P. Joyce, Caleb Vitello, Kristi Noem, Pamela Bondi..(Waterman, Brandon) (Entered: 03/14/2025) |
| 03/14/2025 | 48 | DECLARATION of Acting Field Office Director, New York City Field Office, William P. Joyce in Opposition re: 11 MOTION to Compel Respondents to Return Petitioner to this District .. Document filed by William P. Joyce, Caleb Vitello, Kristi Noem, Pamela Bondi..(Waterman, Brandon) (Entered: 03/14/2025) |
| 03/14/2025 | 49 | DECLARATION of Field Office Director, New Orleans Field Office, Mellissa Harper in Opposition re: 11 MOTION to Compel Respondents to Return Petitioner to this District .. Document filed by William P. Joyce, Caleb Vitello, Kristi Noem, Pamela Bondi..(Waterman, Brandon) (Entered: 03/14/2025) |
| 03/14/2025 | 50 | MEMORANDUM OF LAW in Opposition re: 30 MOTION to Dismiss *or Transfer*. . Document filed by Mahmoud Khalil. (Attachments: # 1 Exhibit Declaration of Veronica R. Salama).(Kaufman, Brett) (Entered: 03/14/2025) |
| 03/14/2025 | 51 | NOTICE OF APPEARANCE OF PRO BONO COUNSEL by Mudassar Hayat Toppa on behalf of Mahmoud Khalil.(Toppa, Mudassar) (Entered: 03/14/2025) |
| 03/14/2025 | 52 | NOTICE of of Motion. Document filed by Mahmoud Khalil. (Attachments: # 1 Proposed Order for release).(Sisay, Samah) (Entered: 03/15/2025) |
| 03/15/2025 | 53 | MOTION for release . Document filed by Mahmoud Khalil..(Sisay, Samah) (Entered: 03/15/2025) |
| 03/15/2025 | 54 | LETTER MOTION to Seal addressed to Judge Jesse M. Furman from Alina Das dated March 14, 2025. Document filed by Mahmoud Khalil..(Sisay, Samah) (Entered: 03/15/2025) |

| | | |
|---|---|---|
| 03/15/2025 | 55 | DECLARATION of Noor Ramez Abdalla in Support re: 53 MOTION for release .. Document filed by Mahmoud Khalil..(Sisay, Samah) (Entered: 03/15/2025) |
| 03/15/2025 | 56 | DECLARATION of Samah Sisay in Support re: 54 LETTER MOTION to Seal addressed to Judge Jesse M. Furman from Alina Das dated March 14, 2025.. Document filed by Mahmoud Khalil. (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F, # 6 Exhibit G).(Sisay, Samah) (Entered: 03/15/2025) |
| 03/15/2025 | 57 | ***SELECTED PARTIES***DECLARATION of Samah Sisay in Support re: 54 LETTER MOTION to Seal addressed to Judge Jesse M. Furman from Alina Das dated March 14, 2025.. Document filed by Mahmoud Khalil, Pamela Bondi, William P. Joyce, Kristi Noem, Marco Rubio, Donald J. Trump, Caleb Vitello. (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E, # 5 Exhibit F, # 6 Exhibit G)Motion or Order to File Under Seal: 54 .(Sisay, Samah) (Entered: 03/15/2025) |
| 03/15/2025 | 58 | DECLARATION of Samah Sisay in Support re: 53 MOTION for release .. Document filed by Mahmoud Khalil. (Attachments: # 1 Exhibit H).(Sisay, Samah) (Entered: 03/15/2025) |
| 03/15/2025 | 59 | LETTER MOTION for Leave to File delayed filing of Petitioner's Motion for Release addressed to Judge Jesse M. Furman from Samah Sisay dated March 15, 2025. Document filed by Mahmoud Khalil. (Attachments: # 1 Exhibit A).(Sisay, Samah) (Entered: 03/15/2025) |
| 03/15/2025 | 60 | LETTER addressed to Judge Jesse M. Furman from Samah Sisay dated March 15, 2025 re: Respondents Consent to Petitioner's Motion For Leave to File. Document filed by Mahmoud Khalil..(Sisay, Samah) (Entered: 03/15/2025) |
| 03/15/2025 | 61 | ORDER temporarily granting 54 Letter Motion to Seal: The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. (HEREBY ORDERED by Judge Jesse M. Furman)(Text Only Order) (Furman, Jesse) (Entered: 03/15/2025) |
| 03/15/2025 | 62 | ORDER granting 59 Letter Motion for Leave to File delayed filing of Petitioner's Motion for Release: The motion is granted on consent. See ECF No. 60 . (HEREBY ORDERED by Judge Jesse M. Furman)(Text Only Order) (Furman, Jesse) (Entered: 03/15/2025) |
| 03/16/2025 | 63 | ORDER with respect to 30 Motion to Dismiss or Transfer: Per the attached Order, the parties are directed to address (in Respondents' forthcoming reply and in a supplemental submission by Petitioner) the import, if any, of certain statutes. SEE ORDER FOR DETAILS. (Signed by Judge Jesse M. Furman on 3/16/25) (Furman, Jesse) (Entered: 03/16/2025) |
| 03/17/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Amy Belsher. The party information for the following party/parties has been modified: Donald J. Trump, Marco Rubio. The information for the party/parties has been modified for the following reason/reasons: party role was entered incorrectly;. (pc)** (Entered: 03/17/2025) |
| 03/17/2025 | 64 | ELECTRONIC SUMMONS ISSUED as to Marco Rubio..(pc) (Entered: 03/17/2025) |
| 03/17/2025 | 65 | ELECTRONIC SUMMONS ISSUED as to Donald J. Trump..(pc) (Entered: 03/17/2025) |
| 03/17/2025 | 66 | MOTION for Preliminary Injunction . Document filed by Mahmoud Khalil..(Hodgson, Robert) (Entered: 03/17/2025) |
| 03/17/2025 | 67 | MEMORANDUM OF LAW in Support re: 66 MOTION for Preliminary Injunction . . Document filed by Mahmoud Khalil..(Hodgson, Robert) (Entered: 03/17/2025) |
| 03/17/2025 | 68 | DECLARATION of Veronica Salama in Support re: 66 MOTION for Preliminary Injunction .. Document filed by Mahmoud Khalil. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D).(Hodgson, Robert) (Entered: 03/17/2025) |

| | | |
|---|---|---|
| 03/17/2025 | 69 | PROPOSED ORDER. Document filed by Mahmoud Khalil. Related Document Number: 66 ..(Hodgson, Robert) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/17/2025) |
| 03/17/2025 | 70 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition re: 30 MOTION to Dismiss *or Transfer*. *In Response to Court's March 16 Order*. Document filed by Mahmoud Khalil..(Kaufman, Brett) (Entered: 03/17/2025) |
| 03/17/2025 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 69 Proposed Order was reviewed and approved as to form. (nd)** (Entered: 03/17/2025) |
| 03/17/2025 | 71 | REPLY MEMORANDUM OF LAW in Support re: 30 MOTION to Dismiss *or Transfer*. . Document filed by Pamela Bondi, William P. Joyce, Kristi Noem, Marco Rubio, Donald J. Trump, Caleb Vitello..(Waterman, Brandon) (Entered: 03/17/2025) |
| 03/17/2025 | 72 | DECLARATION of Second Supplemental Declaration of Acting New York City Field Office Director William P. Joyce in Support re: 30 MOTION to Dismiss *or Transfer*.. Document filed by Pamela Bondi, William P. Joyce, Kristi Noem, Marco Rubio, Donald J. Trump, Caleb Vitello..(Waterman, Brandon) (Entered: 03/17/2025) |
| 03/17/2025 | 73 | REPLY MEMORANDUM OF LAW in Support re: 11 MOTION to Compel Respondents to Return Petitioner to this District . . Document filed by Mahmoud Khalil. (Attachments: # 1 Exhibit Declaration of Mahmoud Khalil, # 2 Exhibit Declaration of Katherine Kim, Esq., # 3 Exhibit Declaration of Laura Rodriguez, Esq.).(Kassem, Ramzi) (Entered: 03/17/2025) |
| 03/17/2025 | 74 | CONSENT LETTER MOTION for Leave to File Excess Pages addressed to Judge Jesse M. Furman from Brandon M. Waterman dated March 17, 2025. Document filed by Pamela Bondi, William P. Joyce, Kristi Noem, Marco Rubio, Donald J. Trump, Caleb Vitello..(Waterman, Brandon) (Entered: 03/17/2025) |
| 03/17/2025 | 75 | ORDER granting 74 CONSENT LETTER MOTION for Leave to File Excess Pages. (HEREBY ORDERED by Judge Jesse M. Furman)(Text Only Order) (Furman, Jesse) (Entered: 03/17/2025) |
| 03/18/2025 | 76 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Sidra Mahfooz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30786736. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mahmoud Khalil. (Attachments: # 1 Affidavit Affidavit of Sidra Mahfooz, # 2 Supplement Certificate of Good Standing – Sidra Mahfooz, # 3 Proposed Order Proposed Order Granting Pro Hac Vice).(Mahfooz, Sidra) Modified on 3/19/2025 (bc). (Entered: 03/18/2025) |
| 03/18/2025 | 77 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Tyler Takemoto to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30787082. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Mahmoud Khalil. (Attachments: # 1 Affidavit Affidavit of Tyler Takemoto, # 2 Supplement Certificate of Good Standing – Tyler Takemoto, # 3 Proposed Order Proposed Order Granting Pro Hac Vice).(Takemoto, Tyler) Modified on 3/19/2025 (bc). (Entered: 03/18/2025) |
| 03/19/2025 | 78 | OPINION AND ORDER granting in part and denying in part 30 MOTION to Dismiss or Transfer: For the reasons explained in the Opinion, the Court DENIES the Government's motion to dismiss the Petition but GRANTS its motion to transfer, albeit to the District of New Jersey, not to the Western District of Louisiana. The Court's 9 March 10, 2025 Order barring the Government from removing Petitioner (to which the Government has never raised an objection and which the Government has not asked the Court to lift in the event of transfer) shall remain in effect unless and until the transferee court orders otherwise. The Clerk of Court is directed to transfer the case to the United States District Court for the District of New Jersey forthwith, without regard for Local Civil Rule 83.1, which provides that "the Clerk [of Court], unless otherwise ordered, shall upon the expiration of seven (7) days effectuate the transfer of the case to the transferee court." (Signed by |

| | | |
|---|---|---|
| | | Judge Jesse M. Furman on 3/19/2025) (tro) (Entered: 03/19/2025) |
| 03/19/2025 | Ï | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 76 MOTION for Sidra Mahfooz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30786736. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Wrong Judges name on Proposed Order;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order.. (bc)** (Entered: 03/19/2025) |
| 03/19/2025 | Ï | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 77 MOTION for Tyler Takemoto to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30787082. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Wrong Judges Name on proposed order;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order.. (bc)** (Entered: 03/19/2025) |
| 03/19/2025 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court − District of District of New Jersey. (tro) (Entered: 03/19/2025) |