AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| Mahmoud Khalil | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:25-cv-01963 |
| Joyce et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mahmoud Khalil

Date:   03/19/2025

*Attorney's signature*

Naz Ahmad
*Printed name and bar number*

CUNY School of Law
2 Court Square
Long Island City, NY 11101

*Address*

naz.ahmad@law.cuny.edu
*E-mail address*

(718) 340-4630
*Telephone number*

(718) 340-4470
*FAX number*